# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Stranch, Jane B. | 2. Court or Organization  Sixth Circuit Court of Appeals | 3. Date of Report  05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |
| 7. Chambers or Office Address  701 Broadway, Room 132  Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Branstetter & Stranch |
| 2. Partner | Branstetter Family Partners |
| 3. Trustee | Trust #2 |
| 4. Co-Trustee | Trust #3 |
| 5. Trustee | Trust #4 |
| 6. Trustee | Trust #5 |
| 7. Trustee | Trust #6 |
| 8. Trustee | Trust #7 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/26/68 | Branstetter, Stranch & Jennings, PLLC Profit Sharing Plan with former law firm, no control |
| 2. 2010 | Branstetter, Stranch & Jennings law firm, payment of value of interest in fees to be collected at the end of litigation for work done before leaving the firm |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2012 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | OELA & NELA Ohio & Sixth Circuit Annual Conference & Seminar | April 7-8, 2011 | Columbus, OH | Speaker | Transportation, meals and lodging |
| 2. | ABA Labor & Employment Law Conference | November 2-5, 2011 | Seattle, WA | Speaker | Transportation and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stranch, Jane B.** | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Bank | Mortgage on Rental Property #1, Nashville, TN (Part VII, line 24) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | K | T | | | | | |
| 2. UBS Financial Services, Inc. Accounts | | | | | | | | | |
| 3. - UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 4. - American Funds Capital Income Builder Fund | B | Dividend | M | T | | | | | |
| 5. - IRA #1 | A | Interest | J | T | | | | | |
| 6. - IRA #2 | A | Interest | J | T | | | | | |
| 7. - Regions Financial Corp. Stock | A | Dividend | J | T | | | | | |
| 8. - Telecom Argentina Stock | A | Dividend | J | T | | | | | |
| 9. - Scolar Pharma, Inc. Stock | A | Dividend | J | T | | | | | |
| 10. Piedmont Natural Gas Stock | A | Dividend | J | T | | | | | |
| 11. Capstar Bank Stock | | None | L | U | | | | | |
| 12. Rental Property, Nashville, TN (1993- $395,000) | E | Rent | O | R | | | | | |
| 13. UBS Financial Services, Inc. Pension Plan #1 | | None | O | T | | | | | |
| 14. John Hancock USA Pension Plan #2 | | | | | | | | | |
| 15. - Oppenheimer Developing Mkt | | None | J | T | | | | | |
| 16. - T. Roe Price Health Sci | | None | J | T | | | | | |
| 17. - Legg Partners Agg Growth (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Legg Mason Clear Br Agg. Growth | | None | J | T | | | | | |
| 19.   - Energy | | None | J | T | | | | | |
| 20.   - Intl Small Cap Fund | | None | J | T | | | | | |
| 21.   - EuroPacific Growth Fund | | None | J | T | | | | | |
| 22.   - Columbia Value & Restructuring | | None | J | T | | | | | |
| 23.   - Davis New York Venture | | None | J | T | | | | | |
| 24.   - Real Est. Securities Fund | | None | K | T | | | | | |
| 25.   - Capital Appreciation Fund | | None | J | T | | | | | |
| 26.  UBS Financial Services, Inc. Pension Plan #3 | | None | P1 | T | | | | | |
| 27.  John Hancock USA Pension Plan #4 | | | | | | | | | |
| 28.   - Lifestyle Aggressive | | None | K | T | | | | | |
| 29.   - Oppenheimer Developing Mkt | | None | J | T | | | | | |
| 30.   - T. Roe Price Health Sci | | None | K | T | | | | | |
| 31.   - Legg Partners Agg Growth (Y) | | | | | | | | | |
| 32.   - Legg Mason Clear Br Agg. Growth | | None | J | T | | | | | |
| 33.   - Energy | | None | J | T | | | | | |
| 34.   - Intl Small Cap Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - EuroPacific Growth Fund | | None | J | T | | | | | |
| 36. - Columbia Value & Restructuring | | None | J | T | | | | | |
| 37. - Davis New York Venture | | None | J | T | | | | | |
| 38. - Capital Appreciation Fund | | None | J | T | | | | | |
| 39. Memphis Partners | A | Dividend | K | T | | | | | |
| 40. Branstetter Family Partners | | | | | | | | | |
| 41. - Bank of Nashville Accounts | A | Interest | N | T | | | | | |
| 42. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | P1 | Q | | | | | |
| 43. Trust #2, real property Nashville, TN (2005-8, $282,000) | | None | N | R | | | | | |
| 44. Trust #3 | | | | | | | | | |
| 45. - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 46. - American Funds Capital Income Builder Fund | D | Dividend | N | T | | | | | |
| 47. - Virtus Premium Alpha Sector A Fund | A | Dividend | M | T | | | | | |
| 48. --Virtus 1st Purchase | | | | | Buy | 02/08/11 | L | | |
| 49. --Virtus 2nd Purchase | | | | | Buy | 06/23/11 | K | | |
| 50. --Virtus 3rd Purchase | | | | | Buy | 12/01/11 | K | | |
| 51. Trust #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 53. Trust #5 | | | | | | | | | |
| 54. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 55. Trust #6 | | | | | | | | | |
| 56. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 57. Trust #7 | | | | | | | | | |
| 58. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 59. Northwestern Mutual: Whole Life Policy | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Part VII, references by line listed below:

1. Line 14 (on 2010 report, Line 39) is a retirement account with investments selected by the manager based on categories of investment risk I choose. Line 17 (on 2010 report, Line 43) was deleted by the manager and Line 18 was added.

2. Line 27 (on 2010 report, Line 53) is a retirement account with investments selected by the manager based on categories of investment risk          chooses. Line 31 (on 2010 report, Line 58) was deleted by the manager and Line 32 was added.

3. Line 43 (on 2010 report, Line 73), Trust #2 contains gifts of percentage ownership in real property given over time from 2005 to 2008. The value as deeded is as follows:

    2005 - $66,000
    2006 - $72,000
    2007 - $72,000
    2008 - $72,000
           Total   $282,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane B. Stranch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544